IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMA ALSIP, | * |
| Plaintiff, | * |
| vs. | *   CASE NO. 1:14-CV-00476-CG-N |
| WAL-MART STORES EAST, LP and SOVEREIGN COMMERCIAL MAINTENANCE COMPANY, LLC., | * |
| Defendants. | * |

WALMART'S MOTION FOR SUMMARY JUDGMENT

Defendant WAL-MART STORES EAST, L.P. ("Walmart") moves this Honorable Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for entry of summary judgment in its favor as to all claims asserted against it, and as grounds for this motion, represents and shows unto this Court that there is no genuine issue of material fact and Defendant Wal-Mart is entitled to judgment as a matter of law.  Wal-Mart submits this Motion for Summary Judgment, and in further support thereof would submit the following, to-wit:

1. All pleadings previously filed herein;
2. Wal-Mart's Brief in Support of Summary Judgment, including the attached supporting exhibits;
3. Wal-Mart's Findings of Fact and Conclusions of Law; and
4. "Walmart's *Daubert* Motion to Exclude Plaintiff's Expert, Russell Kendzior" and supporting brief, filed contemporaneously with Wal-Mart's Motion for Summary Judgment.

Wherefore, premises considered, Defendant Wal-Mart respectfully requests this Court enter an Order granting it summary judgment as to Plaintiff's Complaint against it, each and every count thereof, separately and severally.

Respectfully submitted on August 10, 2015,

/s/Chad C. Marchand
W. PEMBLE DELASHMET (DELAW0873)
wpd@delmar-law.com
CHAD C. MARCHAND (MARCC5089)
ccm@delmar-law.com
A. PATRICK DUNGAN (DUNGA0951)
apd@delmar-law.com
*Attorneys for Wal-Mart Stores East, L.P.*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577
Facsimile:    (251) 433-1578

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon counsel listed below by electronically filing same with the CM/ECF court system on this the 10th day of August, 2015.

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
mike.crow@beasleyallen.com

Michael C. Niemeyer
Hand Arendall, LLC
71 North Section Street, Suite B
Fairhope, AL 36532
mniemeyer@handarendall.com

*/s/Chad C. Marchand*
OF COUNSEL