IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DUANE ALSIP as Administrator and Personal Representative of the Estate of Emma Alsip,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) )   Civil No. 14-0476-CG-N |
| **WAL-MART STORES EAST, LP and SOVEREIGN COMMERCIAL MAINTENANCE COMPANY, LLC,** | ) ) ) ) ) |
| **Defendant.** | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued on November 16, 2015, and finding that there is no just reason for delay pursuant to Rule 54(b), F.R.Civ.P., it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, Wal-Mart Stores East, LP, and against Plaintiff, Duane Alsip as Administrator and Personal Representative of the Estate of Emma Alsip. It is, therefore, **ORDERED** that the Plaintiff's claims against Wal-Mart Stores East, LP are **DISMISSED with prejudice**.

Costs are to be taxed against the Plaintiff.

**DONE and ORDERED** this 17th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE