IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF ALABAMA, SOUTHERN DISVISION

| | | |
|---|---|---|
| **DUANE ALSIP, AS ADMINISTRATOR** | * | |
| **AND PERSONAL REPRESENTATIVE** | * | |
| **OF THE ESTATE OF EMMA ALSIP,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | CV NO.: 14-cv-0476-CG-N |
| | * | |
| | * | JURY DEMAND |
| **v.** | * | |
| | * | |
| **WAL-MART STORES EAST, LP and** | * | |
| **SOVEREIGN COMMERCIAL** | * | |
| **MAINTENANCE COMPANY, LLC.,** | * | |
| | * | |
| **Defendants.** | | |

### PLAINTIFF'S MOTION TO DISMISS DEFENDANT SOVEREIGN COMMERICAL MAINTENACE COMPANY, LLC.

Plaintiff, Duane Alisp, pursuant to Rule 41(a)(2) Federal Rules Of Civil Procedure requests the Court to Dismiss Defendant Sovereign Commercial Maintenance Company, LLC. from this action so that a final order may be entered by the Court.

        /s/ Michael J. Crow
        MICHAEL J. CROW
        Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

(334) 269-2343
mike.crow@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of November, 2015, a copy of the above and foregoing pleading was served upon all parties listed in this action by placing a copy properly addressed and postage prepaid in the U.S. Mail or through the CM/ECF:

      /s/ Michael J. Crow_____
      OF COUNSEL


W. Pemble Delashmet
Chad C. Marchand
A. Patrick Dungan
DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL 36652
Telephone: (251) 433-1577
wpd@delmar-law.com
ccm@delmar-law.com
apd@delmar-law.com


Sovereign Commercial Maintenance Company, LLC.
c/o Registered Agent Samuel L. Reynolds
1036 Jones Road
Irmo, South Carolina 29063