IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DUANE ALSIP as Administrator and Personal Representative of the Estate of Emma Alsip,** <br><br> Plaintiff, <br><br> vs. <br><br> **WAL-MART STORES EAST, LP and SOVEREIGN COMMERCIAL MAINTENANCE COMPANY, LLC,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 14-0476-CG-N |

**ORDER**

This cause is before the court on the Plaintiff's Motion to Dismiss Defendant Sovereign Commercial Maintenance Company, LLC (Doc. 113).

Upon due consideration, the motion is hereby **GRANTED**, and the Plaintiff's claims against Sovereign Commercial Maintenance Company, LLC are **DISMISSED without prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.[1]

**DONE and ORDERED** this 18th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Final Judgment was entered in favor of Defendant Wal-Mart Stores East, LP on November 17, 2015.